1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO )<br>) The Honorable William H. Orrick )<br>) **[PROPOSED] ORDER GRANTING JLI'S MOTION TO CONVERT ORDER OF DISMISSAL WITHOUT PREJUDICE TO ORDER OF DISMISSAL WITH PREJUDICE** ) |
| *This Document Relates to the Plaintiff Identified in Exhibit A* | ) This Document Relates To: All Actions )<br>) The Hon. William H. Orrick ) |

1  Before the Court is the Motion by Defendant Juul Labs, Inc. to Convert Order of Dismissal
2  Without Prejudice to Order of Dismissal with Prejudice for the plaintiff identified in Exhibit A (the
3  "Motion") (ECF No. 3055) in the above referenced, consolidated actions. Having considered the
4  Motion and arguments of the parties, and with good cause appearing therefore, the Court hereby
5  GRANTS the Motion and DISMISSES the Complaints filed by the plaintiff identified in Exhibit A
6  with prejudice.

IT IS SO ORDERED.

Dated: July 15, 2022

_____
The Honorable William H. Orrick
United States District Judge

# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Date MTD with Prejudice Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | 21-cv-6826 | *Jevon Ragland v. Juul Labs, Inc., et al.* | Ragland, Jevon | Degaris, Wright, McCall | 4/25/2022 | 3055 |